Shellie Lott, SBN:    246202

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LISA GAIL PORRAZ, | No. 2:13-cv-01995 KJN |
|---|---|
| Plaintiff, | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of April 4, 2014, by thirty days, to the new response date of May 5, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

1  DATED: March 20, 2014                     BENJAMIN B. WAGNER
                                             United States Attorney
2                                            DONNA L. CALVERT
                                             Acting Regional Chief Counsel, Region IX
3

4

5  */s/ Shellie Lott*                        */s/ Jean M. Turk*
   SHELLIE LOTT,                             JEAN M. TURK,
6  Attorney for Plaintiff                    (As authorized via E-mail on 03/06/14)
                                             Special Assistant U S Attorney
7                                            Attorneys for Defendant

1  Shellie Lott, SBN:  246202
2  CERNEY KREUZE & LOTT, LLP
3  42 North Sutter Street, Suite 400
4  Stockton, California  95202
5  Telephone: (209) 948-9384
6  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GAIL PORRAZ,<br><br>            Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>            Defendant. | No. 2:13-cv-01995 KJN<br><br>[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

   Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

   Plaintiff shall file her Motion For Summary Judgment on or before May 5, 2014.

   IT IS SO ORDERED.

Dated:  March 24, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE