Shellie Lott, SBN:      246202

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LISA GAIL PORRAZ,

                Plaintiff,

      v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                Defendant.

No.  2:13-CV-01995-KJN

**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of June 27, 2014, by twenty-one days, to the new response date of July 18, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

1    DATED:  June 27, 2014          BENJAMIN B. WAGNER

2                                      United States Attorney

DONNA L. CALVERT

3                                        Regional Chief Counsel, Region IX

4

5    */s/ Shellie Lott*                      */s/Jean M. Turk*

SHELLIE LOTT,                       JEAN M. TURK,

6    Attorney for Plaintiff                (As authorized via E-mail on 06/27/14)

Special Assistant U S Attorney

7                                          Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    Shellie Lott, SBN:  246202

2    CERNEY KREUZE & LOTT, LLP

3    42 North Sutter Street, Suite 400

4    Stockton, California  95202

5    Telephone: (209) 948-9384

6    Attorney for Plaintiff

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11                                          No.  2:13-CV-01995-KJN

12   LISA GAIL PORRAZ,

13              Plaintiff,                   [proposed] ORDER EXTENDING
                                            PLAINTIFF'S TIME TO  REPLY TO
14        v.                                DEFENDANT'S MOTION  FOR
                                            SUMMARY JUDGMENT
15   CAROLYN W. COLVIN,
     Acting Commissioner of Social Security
16
                Defendant.
17

18

19        Pursuant to the stipulation of the parties showing good cause for a requested extension of

20   Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is

21   hereby APPROVED.

22        Plaintiff shall file her Reply on or before July 18, 2014.

23        SO ORDERED.

24   Dated:  June 30, 2014

25                                          _____
                                            KENDALL J. NEWMAN
26                                          UNITED STATES MAGISTRATE JUDGE

27

28
                                           3